# LOS ALTOS HIGH SCHOOL

*recognizes*

# Genaro Quintana

*for*

# 10 years

*of dedicated service.*

*June 2, 2011*

_____
Wynne Satterwhite

_____
Cristy Dawson

_____
Ralph Cave

_____
Perla Pasallo

EXHIBIT A Con'd

**STATE CAPITOL**
P.O. BOX 942849
SACRAMENTO, CA 94249-0022
(916) 319-2022
FAX (916) 319-2122

**DISTRICT OFFICE**
274 CASTRO STREET, SUITE 202
MOUNTAIN VIEW, CA 94041
(408) 277-2003 / (650) 210-2000
FAX (408) 277-2084 / (650) 210-2005

**E-MAIL**
assemblymember.fong@assembly.ca.gov

## Assembly
## California Legislature

**PAUL FONG**
ASSEMBLYMEMBER, TWENTY-SECOND DISTRICT
加州眾議員 方文忠

**COMMITTEES**
CHAIR, ELECTIONS AND
  REDISTRICTING
BANKING AND FINANCE
HIGHER EDUCATION
UTILITIES AND COMMERCE

**SELECT COMMITTEES**
AEROSPACE
BIOTECHNOLOGY
COMMUNITY COLLEGES
DOMESTIC VIOLENCE
INNOVATION AND THE BAY
  AREA ECONOMY

May 6th, 2011

Genaro Quintana
Los Altos High School
201 Almond Avenue
Los Altos CA, 94022

Dear Genaro Quintana,

I would like to thank you for all that you do for the students of Los Altos High School. I understand the importance of having an excellent educational foundation in the K-12 system and I know that this great state of California flourishes because of teachers and staff like you.

Your commitment and dedication to your students provides the tools they need to be successful in the future. You are giving each student you come into contact with, the hopes and dreams they need to soar, as noted by President John F. Kennedy:

*"Let us think of education as the means of developing our greatest abilities, because in each of us there is a private hope and dream which, fulfilled, can be translated into benefit for everyone and greater strength for our nation."*

My utmost gratitude goes out to you for all your hard work and commitment to education. I celebrate you during Teacher Appreciation Week.

Sincerely,

Paul Fong
Assemblymember, 22nd District

EXHIBIT A Con'd

**AVID**

Decades of College Dreams

Los Altos High School

Advancement Via Individual Determination

Class of 2010

# STAFF INFLUENCE AWARD

is awarded to

## Genaro Quintana

by

### Yessenia Moreno & Maria Rosales Garcia

in appreciation of your inspirational teaching and constant support

May 6, 2010

Wynne Satterwhite, Principal


EXHIBIT A Con'd

# Certificate of Recognition

*Los Altos High School ELD Program*

*This certificate is awarded to*

## Genaro Quintana

In recognition of
Academic Support
this 29th day of April 2010

ELD COORDINATOR

# CALIFORNIA   LEGISLATURE



## CERTIFICATE OF RECOGNITION

Presented to:

## Genaro Quintana
## Los Altos High School

Thank you for your commitment to public education.
Your dedication to your students provides them with
the foundation needed to succeed in the future.

May 4th, 2010



PAUL FONG

Assemblymember 22nd Di...

EXHIBIT B



**MOUNTAIN VIEW-LOS ALTOS UNION HIGH SCHOOL DISTRICT**
1299 Bryant Avenue, Mountain View, CA 94040

*Phone: 650-940-4659*

TO:        Genaro Quintana
           Student Conduct Liaison

FROM:      Steve Hope, Associate Superintendent of Personnel
           and Technology

SUBJECT:   Notification of Reasonable Assurance

DATE:      April 25, 2011

**You are hereby notified that you have reasonable assurance of returning to work in your usual capacity in 2011/12 school year, after the summer recess period.** You also have reasonable assurance of returning to work at the close of all holiday and recess periods during that year.  Your services will not be needed during the 2011 summer, unless you are notified in writing.

We are required by law to inform you that you may file an Unemployment Insurance (UI) claim.  If you choose to file a claim, your entitlement to benefits will be determined by the Employment Development Department (EDD) and not by this school district.  If you are not rehired after the recess period, you may be entitled to UI benefits retroactive to the date you filed an initial UI claim, if you are otherwise eligible and you filed a claim for each week, and if a claim for retroactive benefits is made within 30 days of the start of the next school year/term.

UI claims are filed on-line at www.edd.ca.gov or by telephone 1 (800) 300-5616.  You will need to provide your Social Security Number and your last day worked.  **The address provided below should be given to EDD if you choose to file a claim:**

Mountain View-Los Altos Union High School District
1290 Ridder Park Drive, MC 262
San Jose, CA  95131-2304

cc: Administrator
    Director
    Principal

11-118

EXHIBIT C Con'd

# KNOWLEDGE AND ABILITIES

### KNOWLEDGE OF:
Sections of the Penal Code related to juveniles.
Skills utilized to maintain positive relationships with students and adults.
Interpersonal skills using tact, patience and courtesy.
Health and safety regulations.
Individual and group behavior related to juveniles.

### ABILITY TO:
Maintain order in school buildings, yards and parking areas and prevent illegal acts.
Monitor campus to maintain order and security in a high school setting.
Assure student compliance with school and District policies and regulations.
Interpret, apply and explain rules, regulations, policies and procedures.
Perform duties with patience, tact and good judgment within established guidelines.
Facilitate communications between students, school staff and law enforcement personnel
       to enhance understanding and promote a secure environment.
Learn district organization operations, policies and objectives.
Communicate effectively both orally and in writing.
Observe situations and accurately determine an effective course of action.

## EDUCATION AND EXPERIENCE:

High school graduate; works well with at risk youth in an organized setting.

## PHYSICAL DEMANDS AND WORKING CONDITIONS:
- Indoor and outdoor environment
- Prolonged walking and standing
- Exposure to inclement weather
- Exposure to potential physical hazards involved in intervening in anti-social, illegal and violent behaviors
- Emergency situations may require running, medium lifting and vigorous physical activity

### Licenses and other requirements:
- Valid First Aid and CPR certificates issued by an authorized agency
- Criminal Justice fingerprint clearance
- Evidence of TB clearance

### If required to operate a vehicle:
- Valid California Motor Vehicle Operator's License
- Acceptable driving record and qualification for insurability by the District's insurance carrier

2

Adoption History: 8-15-94

EXHIBIT C

# MOUNTAIN VIEW - LOS ALTOS UNION HIGH SCHOOL DISTRICT
## 1299 BRYANT AVENUE
## MOUNTAIN VIEW, CA 94040

**CLASS TITLE: STUDENT CONDUCT LIAISON** ████████

**BASIC FUNCTION:**

Under the direction of an Assistant Principal, maintain order on and around campus grounds and parking areas to insure order and security and prevent illegal acts; facilitate communications between students, school and District staffs, and law enforcement personnel to enhance understanding and promote a secure environment.

**REPRESENTATIVE DUTIES:**

Maintain order and security and patrol school buildings, grounds and parking areas, and attempt to prevent illegal acts and campus disorder.

Facilitate communications between students, teachers, school administrators, and community service agencies.

Respond to teachers' requests for assistance in the classroom; assist in incidents involving students with weapons and/or under the influence of drugs or alcohol; respond to medical emergencies.

Supervise student conduct to attempt to prevent vandalism, theft and other illegal activities; observe and report to law enforcement agencies acts by persons which contribute to delinquency or injury of students according to established guidelines and procedures; assist law enforcement agencies according to established guidelines.

Observe and check students or visitors who appear to be loitering or who should be in class and determine appropriate action; identify students in violation of school rules and regulations including attendance issues, possession of illegal chemicals, smoking and weapons and take appropriate action; operate a two-way radio as needed.

Observe and report hazards or activities which might endanger students or personnel.

Provide information to students concerning the law as it applies to juveniles and community resources.

Participate in campus organizations involved in providing a support network for students, identifying students at risk and providing an intervention process for students.

Perform investigations related to crimes.

Perform related duties as assigned.

1

Adoption History: 8-15-94

BEFORE THE GOVERNING BOARD OF THE

MOUNTAIN VIEW-LOS ALTOS UNION HIGH SCHOOL DISTRICT

In the matter of the dismissal of:                     **STATEMENT OF CHARGES**

GENARO QUINTANA

   1.  I, the undersigned, hereby make and file these charges in my official capacity as the Superintendent of the Mountain View-Los Altos Union High School District ("District").

   2.  These charges are filed pursuant to Education Code section 45113 as well as Administrative Regulation 4218 and allege that grounds exist for the dismissal of GENARO QUINTANA ("QUINTANA"), a permanent classified employee, as set forth in this document.

   3.  The specific facts upon which these charges are based are as follows:

   (a) QUINTANA is a permanent classified employee of the District serving in the classification of Student Conduct Liaison.  A true and correct copy of his job description is attached as **Exhibit A**.

   (b) On or about April 29, 2011, QUINTANA reviewed an evaluation from Assistant Principal Ralph Cave ("Vice Principal"). A true and correct copy of the April 29, 2011 evaluation is attached hereto as **Exhibit B**.  QUINTANA received a rating of "R," which is, "Does Not Meet District Standards, in the Areas of "Quality of Work" and "Caring Environment." The evaluation included the following descriptions of QUINTANA's errors and omissions:

   i.  On or about April 7, 2011, multiple non-students were on campus and a serious gang-related confrontation between them and some current students occurred. Ms. Dawson was warned by a student that a fight was about to happen.  She immediately called QUINTANA for assistance.  Ms. Dawson gave QUINTANA specific directions as to where to go

- 1 -

972163.1 11685.013

to intervene to stop the impending fight. QUINTANA was not able to locate either group, but did find one non-student by the weight room. The Vice Principal was in a meeting and Ms. Satterwhite requested that QUINTANA go out and help Dawson. An excessive amount of time elapsed between Ms. Dawson's request for QUINTANA's assistance in the lower quad and the Vice Principal finding QUINTANA with a non-student in the weight room. The safety of the campus was compromised due to QUINTANA being unable to locate either group of students.

ii.      On or about April 8, 2011, during the Diversity Assembly, a student was trying to move one of the recycling bins. QUINTANA was sitting on a bench and the student asked QUINTANA for help. QUINTANA told the student that he could not help as it was not his job. This exchange was overheard by the District Superintendent and when he also asked QUINTANA why he did not help the student, QUINTANA told the Superintendent it was not his job to help students.

iii.     On or about April 28, 2011, the quad was full of students 10 minutes after the 7th period bell rang.

iv.      QUINTANA has difficulties following through with requests to bring students to the front office. QUINTANA often forgets names, room numbers, and/or instructions regarding escorting students to the office. QUINTANA often needs to call back for further clarification.

v.       On or about January 11, 2011, QUINTANA was asked to provide the Vice Principal with a list of top five job duties for his specific classification. QUINTANA was given a deadline of Friday, January 21, 2011. QUINTANA failed to meet this deadline and still has not submitted this list.

(c) On or about January 10, 2011, QUINTANA received an evaluation from the Vice Principal. A true and correct copy of the January 10, 2011 evaluation is attached hereto as **Exhibit C**. QUINTANA received a rating of "R" in areas of "Quality of Work" and "Work Habits." The evaluation included the following descriptions of QUINTANA's errors and omissions:

972163.1 11685.013                          - 2 -

EXHIBIT D Con'd

i.     On or about November 4, 2010, QUINTANA responded to a call from Ms. Alcala that there was an accident in the student parking lot. In the parking lot, QUINTANA encountered Mr. Ferrucci and an LAHS student. The student was visibly upset because the student had hit someone's car. QUINTANA "calmed" the student down, took the Student to class, and came to the office to fill out an accident report. As was discussed in a meeting with the Vice Principal following this incident, there were two significant lapses of judgment. First, QUINTANA should have promptly brought the student to the office because the student was involved in an accident, and in QUINTANA's own words, were "upset and a little shook up." QUINTANA should also have helped the student leave a note on the car with the necessary information prior to leaving the scene of the accident – which is a felony. By the time QUINTANA spoke with Ms. Dawson, and was instructed to take a note back to the car, it was gone. It took Ms. Dawson until approximately 5:30 p.m. to meet with the parents of the damaged car and stop them from filing a "hit and run" report with LAPD.

ii.     On January 5, 2011, QUINTANA contacted Ms. Pasallo's office requesting paperwork and opening day materials for Mr. Ferrucci's class. Ms. Pasallo and Mr. Brent spent a significant amount of time attempting to find the requested items, only to discover that it was Mr. Freeman's class that was in need of those materials. In order to get the materials to Mr. Freeman's class before the passing bell, the task had to be split between two offices.

(d)     On or about October 7, 2010, QUINTANA received an evaluation from the Vice Principal. QUINTANA received a rating of "R" in the area of "Quality of Work." Attached as **Exhibit D** is a true and correct copy of the October 7, 2010 evaluation. The evaluation included the following descriptions of QUINTANA's errors and omissions:

i.     On or about September 20, as the Vice Principal was entering room 312 for a class visit, he noticed a group of students sitting at a table in front of the cafeteria. QUINTANA was coming from the direction of the library and went into the custodial bunker. The Vice Principal was in the room for a little over 10 minutes, and when the Vice Principal left the room the students were still sitting at the table. The Vice Principal spoke with a teacher in the

1    main hall for a few minutes, and at 2:16 the custodians exited the bunker. The custodians came

2    down the main hall to get their staff pictures taken. The Vice Principal walked with them and

3    returned to the quad at 2:25 p.m. QUINTANA was standing near the 300 wing restrooms and had

4    not spoken to or removed the students from the table in the front of the cafeteria. The Vice

5    Principal finally told QUINTANA to take care of it. In a subsequent meeting, QUINTANA told

6    the Vice Principal that he was taking his afternoon break in the custodial bunker. The Vice

7    Principal mentioned that was OK, but the students should have been dealt with prior or following

8    the break. QUINTANA also could have contacted his co-worker Ms. Galvez, to have them

9    removed.

10          ii.      During that same week, there was an instance when QUINTANA

11    asked a Student to give him his "ear buds" and the student refused. QUINTANA then tried to

12    physically remove them from the student's ear. The student got angry, refused to give

13    QUINTANA the device and told QUINTANA not to touch him. QUINTANA reported this to

14    Ms. Pasallo, who contacted the student. QUINTANA was previously directed (following a major

15    incident involving QUINTANA and the removal of a student's hat) never to put "hands" on a

16    student unless it was an emergency/safety situation.

17          iii.      During the last week of September, Ms. Satterwhite spoke with

18    some students sitting on the grass in front of the school during class time. She reminded them

19    they should be in the library Tutorial Center or off campus and they said that QUINTANA told

20    them it was OK to be there. The next day, during a meeting with the Vice Principal, QUINTANA

21    was asked what the policy was for students that did not have a class, and QUINTANA told the

22    Vice Principal that it was OK for them to be in front of the school or behind the 300/400 wing as

23    long as they were not in the quad. The Vice Principal reminded QUINTANA that the District

24    policy has not changed, and the policy has always been that if a student does not have a class they

25    are either to go to the library, the Tutorial Center, or off campus.

26          (e) On or about May 10, 2010, QUINTANA received an evaluation from the Vice

27    Principal. A true and correct copy of the evaluation of May 10, 2010 is attached as **Exhibit E.**

28

972163.1 11685.013

QUINTANA received a rating of "R" in the areas of "Quality of Work" and "Work Habits". The evaluation included the following description of QUINTANA's errors and omissions:

       i.     The Vice Principal previously directed QUINTANA to use the "notepad" or write down names to assist in remembering the student. But QUINTANA has not been using the notepad for radio calls to get students. There also continues to be instances when QUINTANA had to be reminded to clear the quad in the afternoon. These directives (clearing the quad, using a notepad) should not have to be repeated. QUINTANA should not have to be repeatedly directed to do any part of his job.

       ii.     On or about April 2, 2010, QUINTANA witnessed one student hand another student something and the second student gave the first student money in exchange. The incident took place during brunch. This should have been reported immediately. Instead QUINTANA waited until the 1:30 p.m. meeting with the Vice Principal to inform him. Ms. Dawson sent someone immediately to find the students, but they were finished for the day and could not be located on campus.

       iii.     QUINTANA knows 420 is the Penal Code section for marijuana, and QUINTANA was specifically asked to keep an eye on and check the restrooms vigilantly throughout April 20, 2010. The administration anticipated students would attempt to smoke marijuana during April 20, 2010. Later it was reported to administration that the restrooms "reeked of weed."

       (f) On or about September 20, 2009, QUINTANA received an evaluation from the Vice Principal. Attached as **Exhibit F** is a true and correct copy of the September 20, 2009 evaluation. QUINTANA received a rating of "R" in the area of "Work Habits." The evaluation included the following description of QUINTANA's errors and omissions:

       i.     In May of 2009, QUINTANA and his co-worker were instructed to go to each classroom and update the emergency clipboards. QUINTANA was given a template/list of what each clipboard should contain. In August of 2009, in preparation for school, the Vice Principal checked rooms and discovered that in the portion of the school QUINTANA's

co-worker had checked, there were one or two rooms where items were missing.  In the rooms QUINTANA had been assigned, over 70 percent had items missing.  When the Vice Principal asked QUINTANA about this, it came to light that QUINTANA had not performed his duties as directed.

   ii. Earlier in 2009, QUINTANA was instructed to keep a log of students using the 300 wing restrooms during the afternoon periods.  This was prompted by the increase in graffiti, and because the District was locking the 700 wing, students would now be using the 300 wing, and it would be easy for QUINTANA to compile a list to match to the graffiti incidents.  When the Vice Principal asked for the list in the Friday meeting, QUINTANA said that he had forgotten.

   4. After each evaluation set forth in paragraphs (a) through (f) above, QUINTANA was given a detailed remediation plan, but overall his performance has remained "Does Not Meet District Standards."

   5. The above-mentioned conduct constitutes cause for QUINTANA's dismissal from his employment serving in the classification of Student Conduct Liaison on the grounds of violating Administrative Regulation 4218:

    i. (b): Incompetency.

    ii. (c): Inefficiency.

    iii. (l): Discourteous treatment of the public, students, or other employees.

    iv. (p): Violation of district, Board or departmental rule, policy, or procedure.

///
///
///
///
///

972163.1 11685.013

- 6 -

STATEMENT OF CHARGES

EXHIBIT D Con'd

1    ///

2    ///

3

4        5.      Enclosed is a Demand for Hearing.  This Demand must be filed with

5    District within five (5) days.  Also enclosed is a copy of Education Code section 45113 and

6    Administrative Regulation 4218.  If not appealed, or if the Governing Board upholds the charges,

7    QUINTANA shall be dismissed.

8
                                          MOUNTAIN VIEW-LOS ALTOS UNION
9                                          HIGH SCHOOL DISTRICT

10

11   Dated:  6/27/2011            By: _____
                                          Barry Groves, Superintendent
12

13   **THIS DOCUMENT WILL BE PLACED IN YOUR PERSONNEL FILE.  YOU MAY
     RESPOND IN WRITING WITHIN TEN (10) DAYS TO THIS DOCUMENT AND YOUR
14   RESPONSE, IF ANY, SHALL BE PLACED IN YOUR PERSONNEL FILE.**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

972163.1 11685.013                      - 7 -

EXHIBIT D Con'd

## DEMAND FOR HEARING

TO THE GOVERNING BOARD OF THE MOUNTAIN VIEW-LOS ALTOS UNION HIGH

SCHOOL DISTRICT:

      The undersigned, against whom charges have been filed pursuant to Education

Code section 45113 and Administrative Regulation 4218, hereby demands a hearing of such

charges as provided by the Education Code.

Dated: May 17

GENARO QUINTANA

972163.1 11685.013

- 8 -

STATEMENT OF CHARGES

EXHIBIT E

Before writing this rebuttal to the complaints against me. I would like you to note the contradictions in complaints. One says that I was unable to locate the students, because I was helping a student and her disabled father. The other says I'm not helping the student because I was looking out for the entire student body.

I'm just going to respond in order of complaint. April 7th,2011 it seems to me that the complaints have me in a no win situation. The way I understand my position as student conduct liaison is to watch out for any non-students or any problems that may arise on the campus, and when things are normal help any students that request help in fact that is what I do every single time that a student, parent, teacher, or administrator request help. I do whatever it may be or entailed. I have been doing this for a decade.

A perfect example of the no win situation is the first complaint. I had transported a student and her invalided father from the parking lot across the quad to room 201. The student requested my assistant and we arrived at the room at 3 o'clock pm. The teacher Zack Waldorf told me the meeting would take about a half-hour so I said to the student I would be back to get her and her father. The student also requested a ride back to their to car and I said I would be glad to and left.

When I came back to room 201 a half-hour later to transport them Zack is finishing up with them I am walking around in room 201. Then I get Ms. Dawson's call about "non-students on campus and possible fight". So I told Zack I am sorry I had to leave the student and father to fend for themselves.

I took the cart and drove to the end of 207 from there I could see the entire upper-quad. The quad was relatively empty, there was no sign of any altercation nor could I see any foreign students. It only took me three or four seconds to get there from the time of the call. With no students present I instinctively knew that they could have been running or hiding some place. So I proceeded down the main hall slowing down only to scan the three, four, five hundred wings. Next, I scanned the pool area. I had no description of the students clothing or what they looked like. The 600 wing was also empty I went by the portables, nothing.

When I got to p-11 I could see the entire back of the school and there was no one. So I went directly to the weight room there I stopped a former student with blue gang affiliations. I was questioning him when Mr. Cave turned the corner of the lower-quad and took the former student from me. I acted quickly and promptly looking for any foreign students and found Eric Moralas, who was a former student of ours whom had no business on campus, his story was he came to drop off money to his relative. The total time elapse from Ms. Dawson's call to finding Eric was 41 seconds. I know because I went back and timed myself.

April 8th. On the second complaint I was in my usual spot in the quad. Instructing students to go to the main gym. I was at the end of the 300 wing watching for any students to try and sneak off, but more importantly watching for any foreign students coming on the campus. I was not sitting down on a bench as there are no benches at this location. A student did request help recycling and I knew the recycling team takes that period to do the recycling. So my response was, " I'm sorry I can't do it right now". This I admit was an incomplete sentence. What I should've said was, "I'm sorry, I'm also looking out for any foreign students coming on the campus trying to disrupt the school day" I have to keep the school safe. This is my primary focus during this period. If I had

chosen to help the student it would've taken the majority of the period, and possibly endanger the student body. I know that I am supposed to use my best judgment and I thought it was wise not to take on a task that would take the majority of the period and neglect the safety of the student body. But somehow the administration writes me up and gives me bad reviews and makes me feel as I am not doing an adequate job.

April 28th on this day I recall being called by Rayne to get a student in the art department. Which is at the bottom of the lower-quad I had to unlock the door and let the student in to get art supplies and drawings while this took 8 to 9 minutes. Again if no danger is eminent the students take priority. Or as Dr. Barry Groves said to me when a student asks for help, help them. I have been told by Ms. Dawson and Mr. Cave to follow instructions implicitly.

I make it a point to listen carefully to any messages instructing me to do a task and get the name, room number, and deliver the message. I do not recall asking to repeat messages. Ms. Dawson and Mr. Cave had made mistakes sending me to the wrong place on the wrong day at the wrong time. So they are in error of being human just as much as I.



**HIGH SCHOOL DISTRICT**

## Mountain View-Los Altos Union High School District

August 2, 2011

Dear Mr. Hope

The purpose of this letter is to resign from my position as Student Conduct Liaison in Mountain View-Los Altos Union High School District effective August 12, 2011.

Sincerely,

Genaro Quintana

EXHIBIT F



## Mountain View-Los Altos Union High School District

August 2, 2011


Dear Mr. Hope

I would like to apply and be considered for the 4 hour Custodian position at the District Office.

Sincerely,

Genaro Quintana